# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

DONALD C. DUNAGAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0940

————————————————

June 19, 2026

Appeal from the Circuit Court for Pinellas County; Susan St. John, Judge.

Blair Allen, Public Defender, and Pamela H. Izakowitz, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Laura Dempsey, Assistant Attorney General, Tampa; and Sarah Sclavakis, Assistant Attorney General, Tampa (substituted as counsel of record), for Appellee.


PER CURIAM.

Affirmed.

NORTHCUTT, KHOUZAM, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.